# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax

jacksonlewis.com

My Direct Dial is: (631) 247-4675
My Email Address is: Adam.Guttell@jacksonlewis.com

November 29, 2021

> Application GRANTED.  The initial pretrial conference currently scheduled for December 14, 2021 will be held on **January 11, 2022 at 4:45 p.m.** The parties shall schedule a mediation to take place no later than **two weeks before** the initial pretrial conference.  The Clerk of Court is directed to terminate ECF No. 16. SO ORDERED.
>
> *[signature]*
>
> November 29, 2021

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

    Re: Velasquez v. Jed Partners LLC et al
       Case No. 1:21-cv-07401-JMF

Dear Judge Furman:

  We represent Defendant JED Partners LLC d/b/a Pretty Ricky's ("JED") in the above matter.  We are writing pursuant to Rule I (F) of Your Honor's Individual Rules and Practices in Civil Cases. In light of the new deadline for JED to answer, move, or otherwise respond to the Complaint in this matter, December 20, 2021, JED respectfully requests that: (1) the Initial Pre-Trial Conference currently scheduled for December 14, 2021 be adjourned to January 14, 2022, or a subsequent date convenient for the Court; and (2) the Mediation Session currently required to be held by December 1, 2021 be adjourned commensurate with the new Initial Pre-Trial date.  This is JED's first request for an adjournment of the Initial Pre-Trial Conference and Mediation Session.  Plaintiff consents to this request.

  Thank you for your attention to this matter.

               Respectfully submitted,

               JACKSON LEWIS P.C.

               *Adam G. Guttell*
               Adam G. Guttell

cc: All counsel of record (via ECF)